EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* GREGORIO OSORIO ALVAREZ, acusado y apelante; EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* GREGORIO OSORIO ALVAREZ, acusado y apelante.

Nos. 3941–3942.—*Sometidos:* Diciembre 17, 1929. *Resueltos:* Enero 16, 1930.

El acusado compareció en persona; *R. A. Gómez,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Gregorio Osorio Alvarez fué acusado de un delito de asesinato en la siguiente forma:

"El Fiscal formula acusación contra Gregorio Osorio Alvarez y Daniel Sánchez y Sánchez, por un delito de asesinato, *felony*, cometido de la manera siguiente: los referidos Gregorio Osorio Alvarez y Daniel Sánchez y Sánchez, allá por uno de los días del mes de noviembre de 1928, y en la municipalidad de Guaynabo, Puerto Rico, que forma parte del distrito judicial de San Juan, ilegal, voluntaria

y maliciosamente, con malicia premeditada y deliberación y propósito decidido y firme de dar muerte, demostrando tener un corazón pervertido y maligno, acometieron y agredieron con revólver, arma mortífera, al sér humano Enrique García Ubarri, disparándole e infiriéndole una herida de carácter grave, a consecuencia de la cual falleció instantáneamente allí y entonces, o sea, el día 18 de noviembre de 1928.

"Este hecho es contrario a la ley para tal caso prevista y a la paz y dignidad de El Pueblo de Puerto Rico."

También se le hizo otra acusación igual por la muerte de Manuel Rivera Colón.

El 23 de mayo de 1929 se constituyó un jurado para cada uno de esos casos pero antes de comenzar los juicios el acusado se declaró culpable en cada uno de ellos del delito de asesinato en segundo grado y conforme el fiscal la corte instruyó al jurado sobre ese particular, rindiendo el jurado veredicto de culpabilidad de asesinato en segundo grado en cada uno de esos casos, y la corte lo condenó a sufrir treinta años de presidio por la muerte de Enrique García Ubarri y veinte años por la de Manuel Rivera Colón, con trabajos forzados.

De ambas sentencias apeló el acusado para ante nosotros por el único motivo de que la pena es excesiva.

El apelante personalmente en sus escritos en esta apelación y en sus manifestaciones verbales ante esta Corte el día de la vista dice como fundamento para que rebajemos las penas que le han sido impuestas que si se confesó culpable en ambos casos de delito de asesinato en segundo grado fué porque su abogado le comunicó que había llegado a un arreglo con los que habían de condenarlo, en el que acordaron imponerle la pena de veinte años de presidio por los dos delitos si se declaraba culpable de ellos.

Nada de lo expuesto por el apelante aparece de las transcripciones que tenemos ante nosotros por lo que podríamos prescindir de tener en cuenta dichas manifestaciones, pero, sin embargo, queremos decir que aunque haya ocurrido lo que

dice el apelante eso no sería motivo suficiente para declarar nosotros que las penas impuestas son excesivas y modificar las sentencias apeladas.

Si los juicios se hubieran celebrado y el fiscal hubiera probado en ellos que el apelante dió muerte a Ubarri y a Rivera en la manera que dicen las acusaciones podía ser condenado en cada una de esas causas por delito de asesinato en primer grado y condenado a reclusión perpetua en el presidio de acuerdo con la Ley No. 42 de 1929, y habiendo evitado con sus confesiones de culpabilidad que se·le impusieran esas penas no encontramos justificada su alegación de que en tales circunstancias sean excesivas las penas que le fueron impuestas. Su desgracia ha estado en haber cometido no uno sino dos delitos de asesinato y en que por esto las penas impuestas en ambos casos sumen una gran cantidad de años de presidio.

*Las sentencias apeladas deben ser confirmadas.*